**United States Court of Appeals**

**FOR THE EIGHTH CIRCUIT**

_____

No. 96-4152
_____

United States of America,      *
                                     *

        Appellee,           *
                                     *

      v.                  *   Appeal from the United States
                                   *   District Court for the

Cynthia R. Reed, also known as  *   District of Nebraska.
Chelle Reed,               *       [UNPUBLISHED]
                                   *

        Appellant.         *
       _____

Submitted:  April 16, 1997

Filed:  April 24, 1997
       _____

Before BOWMAN, WOLLMAN, and BEAM, Circuit Judges.
       _____

PER CURIAM.

    Cynthia R. Reed pleaded guilty to conspiring to distribute and possess with intent to distribute methamphetamine.  Arguing that post-traumatic stress brought on by repeated childhood sexual assaults caused her to commit the instant offense, Reed moved for a downward departure from the Guidelines sentencing range under U.S. Sentencing Guidelines Manual § 5K2.13, p.s. (diminished capacity).  After an evidentiary hearing, the district court[1] denied Reed's motion, concluding that the evidence failed to establish that Reed's post-traumatic stress disorder resulted in a significantly reduced mental capacity which contributed to the

_____

[1]The Honorable Richard G. Kopf, United States District Judge for the District of Nebraska.

commission of the offense.  The court sentenced Reed to 30 months' imprisonment, the minimum sentence in the applicable Guidelines range. Reed appeals her sentence.

Because our reading of the record satisfies us that the district court was aware of its authority to depart downward under section 5K2.13, the court's exercise of its discretion not to depart is unreviewable.  <u>See</u> <u>United States v. Jackson</u>, 56 F.3d 959, 960-61 (8th Cir. 1995). Accordingly, the judgment is affirmed.

A true copy.

Attest:

CLERK, U. S. COURT OF APPEALS, EIGHTH CIRCUIT.